UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LN MANAGEMENT LLC SERIES 2200 FORT APACHE 1093,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Defendant. | Case No. 2:13-CV-01788-APG-PAL<br><br>ORDER |

In light of the Nevada Supreme Court's September 18, 2014 decision in *SFR Investments Pool 1, LLC v. U.S. Bank, N.A., et al.* (Nev.S.Ct. Case No. 63078),

IT IS ORDERED that Defendant Federal National Mortgage Association's Motion to Dismiss (Doc. #7) is hereby DENIED.

DATED this 23rd day of September 2014.

**ANDREW P. GORDON**
**UNITED STATES DISTRICT JUDGE**