UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LN MANAGEMENT LLC SERIES 2200 FORT APACHE 1093,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>    Defendant. | Case No. 2:13-cv-01788-APG-PAL<br><br>ORDER |

This matter is before the court on the parties' failure to file a joint pretrial order as required by LR 26-1(e)(5). The Discovery Plan and Scheduling Order (Dkt. #19) filed July 6, 2015, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than October 5, 2015. There are no dispositive motions pending.

At a conducted a hearing held on September 29, 2015, regarding the parties' Stipulation for Extension of Time (Dkt. #20) counsel for Plaintiff acknowledged that the wrong party had been sued and that PHH Mortgage Servicing, LCC should have been sued instead. The court denied the request to extend the discovery plan and scheduling order deadlines because the time for filing a motion to amend the pleadings and add parties expired February 15, 2015, and the discovery cutoff expired May 6, 2015 and counsel had not shown good cause or excusable neglect for failure to comply with the deadlines, and had still not sought leave to file an amended complaint. Given Plaintiff's admission that the wrong Defendant was sued, the court strongly urged counsel to file a stipulation to dismiss.

To date, the parties have neither submitted a joint pretrial order, nor a stipulation to dismiss.

Accordingly,

**IT IS ORDERED** that:

1. Counsel shall have until **November 24, 2015**, to file a stipulation to dismiss.

2. If the parties cannot or will not stipulate to dismiss, counsel for the parties shall have **until November 24, 2015** to file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4.  Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions.

3. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 10th day of November, 2015.

```
                                    _____
                                    PEGGY A. LEEN
                                    UNITED STATES MAGISTRATE JUDGE
```