Kerry Faughnan, Esq.
Nevada Bar No.12204
P.O. Box 335361
North Las Vegas, NV 89086
(702) 301-3096
(702) 331-4222- Fax
Kerry.faughnan@gmail.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LN MANAGEMENT LLC SERIES 2200 FORT APACHE 1093<br><br>Plaintiff,<br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; and DOES 1 through 10, inclusive;<br><br>Defendants. | Case No. 2:13-cv-01788-APG-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF FEDERAL NATIONAL MORTGAGE ASSOCIATION** |

COMES NOW, LN Management LLC Series 2200 Fort Apache 1093 ("LN") by and through their attorney, Kerry P. Faughnan, Esq. and Federal National Mortgage Association ("Fannie"), by and through their attorney, Kevin Hahn, Esq. of the law firm Malcolm Cisneros and hereby stipulate and agree as follows:

1)   WHEREAS, Fannie no longer holds an interest in the subject property located at 2200 South Fort Apache Road, Unit# 1093, Las Vegas, Nevada 89117 (the "Property"), LN and Fannie agree to dismiss Fannie from this litigation, without prejudice.

2)   WHEREAS, each party shall bear its own attorney fees and costs.

3)   WHEREAS, Fannie's dismissal leaves no remaining Defendants, the parties agree that the case be closed following entry of this order.

**IT IS SO ORDERED.**

Dated: November 24, 2015.

_____
UNITED STATES DISTRICT JUDGE

1

1  IT IS SO STIPULATED.

2       Dated November 24, 2015.

3

4  Respectfully Submitted By:          Approved as to Form and Content:

5  /s/Kerry P. Faughnan                /s/ Kevin Hahn
   Kerry P. Faughnan, Esq.             Kevin Hahn, Esq.
6  PO Box 335361                       Malcolm Cisneros
   North Las Vegas, NV 89033           2112 Business Center Drive
7  (702) 301-3096                      Irvine, California 92612
   (702) 331-4222-Fax                  (949) 252-9400
8  Attorney for Plaintiff              (949) 252-1032-Fax
9                                      Attorney for Federal National Mortgage Association

13            IT IS SO ORDERED.

15                                      _____
                                        UNITED STATES DISTRICT JUDGE
16
                                        DATED:_____

2